District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID OAKES, | Case No. 3:20-cv-5822 BHS |
| Plaintiff, | STIPULATED MOTION FOR EXTENSTION OF TIME FOR EXPERT DISCLOSURES |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## **JOINT STIPULATION**

COMES NOW Plaintiff, David Oakes, by and through his attorney, Thaddeus P. Martin, and Defendant, United States of America, through its counsel, Assistant United States Attorney Matt Waldrop, stipulate and agree to an extension of time for disclosure of expert testimony under FRCP 26(a)(2) to July 28, 2021.

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. See *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Here, the current expert disclosure deadline is June 28, 2021. The parties just completed fact witness depositions and would like the opportunity to discuss resolution of this matter prior to disclosing and deposing any experts. The parties through their counsel further agree that neither party will be prejudiced by this agreement.

STIPULATED MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLOSURES
3:20-cv-05822-BHS
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 28th day of June, 2021.

Respectfully submitted,

                                                TESSA M. GORMAN
                                                Acting United States Attorney

*s/Thaddeus P. Martin*                      *s/ Matt Waldrop*
Thaddeus P. Martin, WSBA 28175        Matt Waldrop, GA Bar # 349571
LAW OFFICES OF THADDEUS P. MARTIN    Assistant United States Attorney
3015 Bridgeport Way West                    United States Attorney's Office
University Place, WA 98466                700 Stewart Street, Suite 5220
Phone: (253) 682-3420                         Seattle, Washington 98101-1271
Email: tmartin@thadlaw.com               Phone: 206-553-7970
                                                     Email: james.waldrop@usdoj.gov

*Attorney for Plaintiff*

                                                *Attorney for Defendant*

STIPULATED MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLOSURES
3:20-cv-05822-BHS
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **ORDER**

The Parties having so stipulated and agreed, it is hereby SO ORDERED. The disclosure of expert testimony under FRCP 26(a)(2) is extended to July 28, 2021:

**IT IS SO ORDERED**.

Dated this 28th day of June, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLOSURES
3:20-cv-05822-BHS
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970